E.D.N.Y.–Bklyn.
09-cv-1647
Johnson, J.
Pollack, M.J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of May, two thousand fourteen.

Present:

    Debra Ann Livingston,
    Christopher F. Droney,
        *Circuit Judges*,
    Pamela K. Chen,
        *District Judge*.[*]

In re William Roger Clemens.

William Roger Clemens,

        *Petitioner*,

v.                                                                                   14-1138

Brian G. McNamee,

        *Respondent*.

Petitioner has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioner has not demonstrated that exceptional circumstances warrant the requested relief. *See In re von Bulow*, 828 F.2d 94, 96 (2d Cir. 1987); *In re County of Erie*, 473 F.3d 413, 416-17 (2d Cir. 2007).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk



---

[*]Judge Pamela K. Chen, of the United States District Court for the Eastern District of New York, sitting by designation.

SAO-IAD